| | |
|---|---|
| **MATLOCK LAW GROUP, P.C.**<br>Anne-Leith Matlock (SBN 244351)<br>K. Brian Matlock (SBN 243812)<br>1485 Treat Blvd. Suite 200<br>Walnut Creek, CA 94597<br>Telephone: (925) 944-7131<br>Facsimile:  (925) 944-7138 | **GERALD C. VANOLI**<br>Attorney at Law (SBN 32016)<br>4225 Solano Ave., #672<br>Napa, CA 94558<br>Telephone: (707) 224-6764<br>Facsimile:  (707) 255-5710 |

Attorneys for Plaintiff:
PAUL JAMES FARRELLY dba POLARCLAD
GLOBAL COOLING and POLARCLAD PTY,
LTD., An Australian Corporation,

ABBEY, WEITZENBERG, WARREN & EMERY
Mitchell Greenberg, Esq. (SBN 114878)
Stephanie Walker, Esq. (SBN 252464)
100 Stony Point Road, Suite 200
Santa Rosa, CA 95402
Telephone: (707) 542-5050    Facsimile: (707) 542-2589

Attorneys for Defendants
POLARCLAD, INC., a California Corporation
And CONETECH, INC., a California Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JAMES FARRELLY dba POLARCLAD GLOBAL COOLING and POLARCLAD PTY, LTD., an Australian Corporation,<br><br>Plaintiff,<br><br>v.<br><br>POLARCLAD, INC., a California Corporation, CONETECH, INC., a California Corporation, and DOES ONE through TEN, Inclusive,<br><br>Defendants. | **CASE NO.: C11-04268 PSG**<br><br>**[PROPOSED] ORDER GRANTING PARTIES' STIPULATED REQUEST FOR RELIEF FROM PARTICIPATING IN ALTERNATIVE DISPUTE RESOLUTION (ADR) MULTI-OPTION PROGRAM, OR ALTERNATIVELY AN ADR PHONE CONFERENCE** |

**IT IS HEREBY ORDERED THAT** the Parties' relief from participating in court sponsored ADR Multi-Option Program according to the parties' joint stipulation is **GRANTED.**

[OR]

**IT IS HEREBY ORDERED THAT** the parties' participation in an ADR phone conference is **GRANTED.**

**IT IS SO ORDERED,**

Dated:__October 31__, 2011          _____

                                    Hon. Paul Singh Grewal