ABBEY, WEITZENBERG, WARREN & EMERY
MITCHELL B. GREENBERG, Esq., State Bar 114878
STEPHANIE WALKER, Esq., State Bar 252464
100 Stony Point Road, Suite 200
Post Office Box 1566
Santa Rosa, CA 95402-1566
Telephone: 707-542-5050
Facsimile: 707-542-2589

Attorneys for Defendants
POLARCLAD, INC., a California Corporation
and CONETECH, INC., a California Corporation

**MATLOCK LAW GROUP, P.C.**
Anne-Leith W. Matlock (SBN 244351)
K. Brian Matlock (SBN 243812)
1485 Treat Blvd. Suite 200
Walnut Creek, CA 94597
Tel.: (925) 944-7131
Fax: (925) 938-4625

Attorneys for Plaintiff
PAUL J. FARRELLY dba POLARCLAD
GLOBAL COOLING and POLARCLAD
PTY, LTD., An Australian Corporation,

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JAMES FARRELLY dba POLARCLAD GLOBAL COOLING and POLARCLAD PTY, LTD., a Corporation,<br><br>Plaintiff,<br><br>v.<br><br>POLARCLAD, INC., a California Corporation, CONETECH, INC., a California Corporation, and DOES ONE through TEN, Inclusive,<br><br>Defendants. | CASE NO. C11-04268 PSG<br><br>**STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF PROCEDURE 41(a)(1)(A)(ii)** |

//
//

Plaintiff Paul James Farrelly dba Polarclad PTY, LTD and Defendants ConeTech, Inc. and Polarclad, Inc., through their respective counsel of record hereby stipulate to dismiss with prejudice the entire action.

**IT IS SO STIPULATED.**

The undersigned, on behalf of their respective clients, agree to the foregoing stipulation and agreement.

Dated: August 9, 2012

ABBEY, WEITZENBERG, WARREN & EMERY

By: _____
Mitchell B. Greenberg
Attorney for Defendants

Dated: August 6, 2012

MATLOCK LAW GROUP, P.C.

By: _____
K. Brian Matlock
Attorney for Plaintiff

IT IS SO ORDERED.
August 10, 2012

_____
The Honorable Paul S. Grewal
U.S. Magistrate Judge

## SIGNATURE ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request.

Dated: August 9, 2012          By: _____
                                    Mitchell B. Greenberg
                                    Attorney for Defendants

STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL            CASE NO. C11-04269 PSG

## CERTIFICATE OF SERVICE

I, Mitchell B. Greenberg, attorney of record for defendants Polarclad, Inc. and ConeTech, Inc., do hereby certify that on August 9, 2012, I electronically filed the foregoing **"STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF PROCEDURE 41(a)(1)(A)(ii)"** with the Clerk of the Court using the electronic case filing system, which will send notifications of this filing to all parties registered with the Court's electronic case filing system.

Dated: August 9, 2012.                    ABBEY, WEITZENBERG, WARREN & EMERY

By: _____/s/ Mitchell B. Greenberg_____
    Mitchell B. Greenberg
    Attorneys for Defendants
    Polarclad, Inc. amd ConeTech, Inc.