1  ABBEY, WEITZENBERG, WARREN & EMERY
   MITCHELL B. GREENBERG, Esq., State Bar 114878
2  STEPHANIE WALKER, Esq., State Bar 252464
   100 Stony Point Road, Suite 200
3  Post Office Box 1566
   Santa Rosa, CA 95402-1566
4  Telephone: 707-542-5050
5  Facsimile: 707-542-2589

6  Attorneys for Defendants
   POLARCLAD, INC., a California Corporation
7  and CONETECH, INC., a California Corporation

8  **MATLOCK LAW GROUP, P.C.**
   Anne-Leith W. Matlock (SBN 244351)
9  K. Brian Matlock (SBN 243812)
10 1485 Treat Blvd. Suite 200
   Walnut Creek, CA 94597
11 Tel.:  (925) 944-7131
   Fax:   (925) 938-4625
12
   Attorneys for Plaintiff
13 PAUL J. FARRELLY dba POLARCLAD
   GLOBAL COOLING and POLARCLAD
14 PTY, LTD., An Australian Corporation,

15

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| 19  PAUL JAMES FARRELLY dba<br>POLARCLAD GLOBAL COOLING and<br>20  POLARCLAD PTY, LTD., a Corporation,<br><br>21           Plaintiff,<br><br>22           v.<br><br>23  POLARCLAD, INC., a California Corporation,<br>CONETECH, INC., a California Corporation,<br>24  and DOES ONE through TEN, Inclusive,<br><br>25           Defendants. | CASE NO. C11-04268 PSG<br><br>**STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF PROCEDURE 41(a)(1)(A)(ii)** |

26

27  //

28  //

1  Plaintiff Paul James Farrelly dba Polarclad PTY, LTD and Defendants ConeTech, Inc.
2  and Polarclad, Inc., through their respective counsel of record hereby stipulate to dismiss with
3  prejudice the entire action.
4  **IT IS SO STIPULATED.**
5  The undersigned, on behalf of their respective clients, agree to the foregoing stipulation
6  and agreement.

7
8  Dated: August 9, 2012        ABBEY, WEITZENBERG, WARREN & EMERY
9
10                              By: _____
                                    Mitchell B. Greenberg
11                                  Attorney for Defendants
12
13 Dated: August 6, 2012        MATLOCK LAW GROUP, P.C.
14                              By: _____
                                    K. Brian Matlock
15                                  Attorney for Plaintiff
16
17
18 IT IS SO ORDERED.
19 August 10, 2012
                                _____
20                              The Honorable Paul S. Grewal
                                U.S. Magistrate Judge
21

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Matlock Law
Group, PC.

## SIGNATURE ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request.

Dated: August 9, 2012          By: _____
                                    Mitchell B. Greenberg
                                    Attorney for Defendants

## CERTIFICATE OF SERVICE

I, Mitchell B. Greenberg, attorney of record for defendants Polarclad, Inc. and ConeTech, Inc., do hereby certify that on August 9, 2012, I electronically filed the foregoing **"STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF PROCEDURE 41(a)(1)(A)(ii)"** with the Clerk of the Court using the electronic case filing system, which will send notifications of this filing to all parties registered with the Court's electronic case filing system.

Dated: August 9, 2012.        ABBEY, WEITZENBERG, WARREN & EMERY

By: _____/s/ Mitchell B. Greenberg_____
    Mitchell B. Greenberg
    Attorneys for Defendants
    Polarclad, Inc. amd ConeTech, Inc.